UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.

AARON GRAFF,

      Defendant.

19-MJ-628-JWF

ORDER

### SPEEDY TRIAL EXCLUSION ORDER

By letter dated October 1, 2019 counsel for the defense requested that the status conference scheduled for October 3, 2019 be postponed for 45 days as defense counsel is reviewing the provided materials and request additional time to to research pertinent legal issues.

Counsel for the government having no objection, the request is granted. The status conference is rescheduled to 11/15/2019 at 4 PM. At the defense request the time is excluded in the interests of justice pursuant to 18 U.S.C. 3161 (h)(7) between 10/2/2019 and 11/15/2019. I find that the reasons for the postponement, noted above and described in the defense's letter, serve the ends of justice and outweigh the best interests of the public.

**SO ORDERED.**

Dated: Rochester, New York, 10/2/2019

_____
HONORABLE JONATHAN W. FELDMAN
UNITED STATES MAGISTRATE JUDGE